**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01727-CMA-KLM

KELSEY SCHULTZ,

    Plaintiff,

v.

M.R.S. ASSOCIATES INC., a New Jersey corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 7), filed August 26, 2011, it is hereby

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

    DATED:  August __30__, 2011

                                                    BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Court Judge